STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
WILFREDO SALGADO MARRERO  
SANDRA IVETTE GORRITZ PEREZ  Chapter 13

Case No. 10-05831-ESL

Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [✓] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: August 03, 2010
Time: 9:45am  Track: _____
[✓] This is debtor(s) __ Bankruptcy filing.
Liquidation Value: _____
Creditors
_____
_____
_____

### II. Oath Administered
[ ] Yes   [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed   [ ] Not Held   [✓] Continued  9/2/10 at 1:00 pm

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WILFREDO SALGADO MARRERO  Case No. 10-05831-ESL
SANDRA IVETTE GORRITZ PEREZ  Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan (Cont.)
Date: June, 30, 2010  Base $ 13,620.00  [X] Filed  Evidence of Pmt shown: _____
Payments _1_ made out of _1_ due.  [ ] Not Filed

VII. Confirmation Hearing Date: August, 25, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 200.00 = $ 2,800.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

Counsel for debtors not present; whereabouts unknown.

_____
Trustee/Presiding Officer

Date: August 03, 2010
(Rev.