STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WILFREDO SALGADO MARRERO
SANDRA IVETTE GORRITZ PEREZ  Chapter 13

Case No. 10-05831-ESL

Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: September 02, 2010
Time: 2:05 PM   Track: 004
[✓] This is debtor(s) 1 Bankruptcy filing.
Liquidation Value: 0
Creditors
None

### II. Oath Administered
[✓] Yes   [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-07  [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WILFREDO SALGADO MARRERO　　　　　　　　　Case No. 10-05831-ESL
SANDRA IVETTE GORRITZ PEREZ　　　Chapter 13　　　Attorney Name: JUAN O CALDERON LITHGOW*

---

**VI. Plan** (Cont.)
Date: June, 30, 2010　　　Base $ 13,620.00　　[X] Filed　　Evidence of Pmt shown: _____
Payments _2_ made out of _2_ due.　　[ ] Not Filed

**VII. Confirmation Hearing Date:** August, 25, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 200.00  = $ 2,800.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____　　　　　[ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____　　　　　[ ] Amended plan
　　　　　　　　　　　　　　　　　　　　　　　　　[ ] Business Documents
[ ] Assumption/Rejection executory contract　　　　　[ ] Monthly reports for the months
[ ] Appraisal _____

[ ] State tax returns years _____　　　　[ ] Public Liability Insurance
[ ] Federal tax returns years _____　　　　[ ] Premises_____
[ ] Correct SS # (Form B21)　　　　　　　　　　　　[ ] Vehicle(s)_____
　　[ ] Debtor  [ ] Joint debtor　　　　　　　　　　[ ] Licenses issued by:
[ ] Other:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

① Joint debtor's income does not appear in SCH J. She works as secretary at Dr Armando Trichi's Office.

Note: Debtors' 2009 State tax refund was received and spent pre-petition.

_____　　　　　　　　　　　　　　　　Date: September 02, 2010
Trustee/Presiding Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Rev.