# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** WILFREDO SALGADO MARRERO and SANDRA IVETTE GORRITZ PEREZ
**Case Number:** 10-05831-ESL13  **Chapter:** 13
**Date / Time / Room:** 5/17/2011 9:00 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MARITZA FEIJOO
**Reporter / ECR:** LORI ANNIE RODRIGUEZ

## Matter:

Doc# 21 Motion for Relief From Stay Under 362 filed by CitiMortgage Inc.
Doc# 25 Debtor's opposition

## Appearances:

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW
VANESSA M TORRES QUINONES - Tania Vazquez - Citimortgage Inc.

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ Debtor shall provide adequate protection to movant by:
  ✓ curing the arrears within _30_ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge