Certificate Number: 03605-PR-DE-023514389

Bankruptcy Case Number: 10-05831


03605-PR-DE-023514389

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2014, at 12:00 o'clock PM AST, SANDRA IVETTE GORRITZ PEREZ completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: May 31, 2014       By: _____

Name: Francisco Garcia

Title: Branch Manager

Certificate Number: 03605-PR-DE-023514386

Bankruptcy Case Number: 10-05831


03605-PR-DE-023514386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2014, at 12:00 o'clock PM AST, WILFREDO SALGADO MARRERO completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: May 31, 2014       By: _____

Name: Francisco Garcia

Title: Branch Manager